

FILED

NOV 24 2010

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                )
                                      )
                                      )        Case No. 09 B 36633
        GARRY HAZNEDL                 )
                                      )
                                      )
                                      )        Chapter 7
            Debtor.                   )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO
MAXWELL LAW GROUP, LLC, TRUSTEE'S COUNSEL, FOR ALLOWANCE AND PAYMENT OF
FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $6,142.50 | TOTAL COSTS REQUESTED: | $10.33 |
| TOTAL FEES REDUCED: | $1,247.37 | TOTAL COSTS REDUCED: | $00.00 |
| TOTAL FEES ALLOWED: | $4,895.13 | TOTAL COSTS ALLOWED: | $10.33 |

**TOTAL FEES AND COSTS ALLOWED: $4,905.46**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(2)     Unreasonable Time**
        The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

        As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman,* 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.,* 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.,* 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee,* 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

**(4)     Insufficient Description**
        The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone,* 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted]

1

Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

Dated:  November 24, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

10/4/2010                              Maxwell Law Group, LLC
11:25 AM                                    Time Detail                              Page    1

---

## Selection Criteria

---

Clie.Selection          Include: Hazndel,Gary; Haznedl TR

---

Nickname          Hazndel,Gary | 09-101-046
Full Name         Gary Hazndel  09-36633
Address
Phone 1                                    Phone 2
Phone 3                                    Phone 4
In Ref To
Last bill
Last charge       2/5/2011
Last payment                               Amount        $0.00

---

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| **Nickname 2: 01** | | | | | |
| 12/15/2009 154553 | VIK-08 draft | 270.00 | 0.80 | 216.00 | Billable |
| | trustee's motion to employ attorneys | | | | |
| | Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | | | | |
| 12/15/2009 154554 | VIK-08 exchange | 270.00 | 0.20 | 54.00 | Billable |
| | email with AJM re trustee's motion to employ attorneys | | | | |
| | Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | | | | |
| 8/4/2010 162239 | LAK10 review | 160.00 | 0.80 | 128.00 | Billable |
| | and revise time details for final fee application | | | | |
| | Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | | | | |
| 9/22/2010 162881 | LAK10 review & revise | 160.00 | 2.20 | 352.00 | Billable |
| | time details in preparation for final fee application and prepare draft of final fee application | | | | |
| | Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | | | | |
| 9/30/2010 163305 | AJM10 revise | 440.00 | 0.80 | 352.00 | Billable |
| | final fee application and time detail for same | | | | |
| | Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | | | | |
| 10/1/2010 163291 | LAK10 revise | 160.00 | 2.50 | 400.00 | Billable |
| | final fee application and time details; prepare for AJM review | | | | |
| | Reference:    EMPLOYMENT & PAYMENT OF PROFESSIONALS | | | | |

*fee app* (handwritten annotations beside rows 162239, 162881, 163305, 163291)

10/4/2010
11:25 AM

Maxwell Law Group, LLC
Time Detail

Page   2

Hazndel,Gary:Gary Hazndel 09-36633 (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 12/5/2010 163298 | AJM10 appear in court | 440.00 | 0.80 | 352.00 | Billable |

for administrative fee hearing (est)
Reference:   EMPLOYMENT & PAYMENT OF PROFESSIONALS

②   5% of total billed fees=

Total: 01                                                                   8.10              $1,854.00

*Total amount billed for fee app: $1,232.   $307.13   Deducting $1,232 - 307.13 = $924.87*

Nickname 2: 03

| | | | | | |
|---|---|---|---|---|---|
| 12/8/2009 156496 | AJM08 review | 425.00 | 0.70 | 297.50 | Billable |

insurance documents from debtor's attorney (by fax); review schedules re
same (.4); conf. w/ VRB re exemption, research exemption(.3)
Reference:   LIQUIDATE PERSONAL PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| 12/11/2009 154848 | LAK-07 prepare | 150.00 | 0.40 | 60.00 | Billable |

draft application to extend deadline to object to exemptions; email to VRB
for review and editing
Reference:   LIQUIDATE PERSONAL PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| 12/14/2009 154555 | VIK-08 draft | 270.00 | 1.00 | 270.00 | Billable |

trustee's motion for extension of time to object to exemptions
Reference:   LIQUIDATE PERSONAL PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| 12/14/2009 156553 | AJM08 revise | 425.00 | 0.40 | 170.00 | Billable |

motion to extend time to object to exemptions ⟨e-mail re same⟩   ④ — $212.50
Reference:   LIQUIDATE PERSONAL PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| 12/14/2009 154557 | VIK-08 exchange | 270.00 | 0.20 | 54.00 | Billable |

emails with AJM re extension of exemption deadline; investigation of life
insurance policy
Reference:   LIQUIDATE PERSONAL PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| 12/14/2009 154556 | VIK-08 review | 270.00 | 0.30 | 81.00 | Billable |

insurance information provided by debtor's counsel re continued
investigation regarding life insurance policy
Reference:   LIQUIDATE PERSONAL PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| 12/18/2009 154617 | VIK-08 tc w/ | 270.00 | 0.10 | 27.00 | Billable |

Debtor's counsel re motion to extend time; insurance polices
Reference:   LIQUIDATE PERSONAL PROPERTY

10/4/2010
11:25 AM

Maxwell Law Group, LLC
Time Detail

Page      4

Hazndel,Gary:Gary Hazndel 09-36633 (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 2/12/2010<br>157006 | AJM10<br>revise<br>objection to exemption and for T.O. of insurance policies ⟨e-mail re same⟩   ④   − $110.00<br>Reference:   LIQUIDATE PERSONAL PROPERTY | 440.00 | 0.50 | 220.00 | Billable |
| 2/12/2010<br>155518 | VRB-SR-07<br>e-file<br>trustee's objection to exemption and turnover of estate property<br>Reference:   LIQUIDATE PERSONAL PROPERTY | 150.00 | 0.40 | 60.00 | Billable |
| 2/12/2010<br>155517 | VIK-08<br>finalize<br>trustee's objection for exemption and turnover of estate property<br>Reference:   LIQUIDATE PERSONAL PROPERTY | 270.00 | 0.80 | 216.00 | Billable |
| 2/19/2010<br>155658 | VIK-08<br>review<br>debtor's schedules re exemptions claimed on insurance policies<br>Reference:   LIQUIDATE PERSONAL PROPERTY | 270.00 | 0.30 | 81.00 | Billable |
| 2/19/2010<br>155657 | VIK-08<br>tc w/<br>Debtor's counsel re insurance policies and turnover regarding same<br>Reference:   LIQUIDATE PERSONAL PROPERTY | 270.00 | 0.10 | 27.00 | Billable |
| 2/19/2010<br>155656 | VIK-08<br>t/c to<br>Debtor's counsel re insurance policies<br>Reference:   LIQUIDATE PERSONAL PROPERTY | 270.00 | 0.10 | 27.00 | Billable |
| 2/19/2010<br>155655 | VIK-08<br>review<br>vm from Debtor's counsel re insurance policies<br>Reference:   LIQUIDATE PERSONAL PROPERTY | 270.00 | 0.10 | 27.00 | Billable |
| 2/22/2010<br>155674 | VIK-08<br>tc w/<br>Debtor's counsel re Trustee's objection to claims<br>Reference:   LIQUIDATE PERSONAL PROPERTY | 270.00 | 0.20 | 54.00 | Billable |
| 2/23/2010<br>155677 | VIK-08<br>appear in court<br>re trustee's objection to debtor's exemptions<br>Reference:   LIQUIDATE PERSONAL PROPERTY | 270.00 | 0.50 | 135.00 | Billable |