UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
HAZNEDL, GARRY § Case No. 09-36633
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/ANDREW J. MAXWELL, TRUSTEE_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | National City K-A16-21 Kalamazo, MI 49009 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T c/o CCA 700 Longwater Drive Norwell, MA 02061 | | | | | |
| | National City K-A16-2J Kalamazoo, MI 49009 | | | | | |
| | Sears C/O LVNV Funding 13200 Smith Rd Cleveland, OH 44130 | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-36633 | ERW | Judge: EUGENE R. WEDOFF | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | HAZNEDL, GARRY | | | | Date Filed (f) or Converted (c): | 09/30/09 (f) |
| | | | | | 341(a) Meeting Date: | 11/16/09 |
| For Period Ending: | 06/08/11 | | | | Claims Bar Date: | 09/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LIFE INS<br>All State Life Insurance | 11,132.07 | 0.00 | | 11,132.07 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.26 | Unknown |
| 3. Real Estate<br>9 Oak Creek Dr., #1907<br>Buffalo Grove, IL 60089<br>Debtor Claimed Exemption | 103,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Lot 237<br>Jellystone AVe.<br>Fort Atkinson, WI 53538<br>Debtor Claimed Exemption | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 5. CASH<br>cash on hand<br>Debtor Claimed Exemption | 30.00 | 0.00 | | 0.00 | FA |
| 6. CHECKING ACCT<br>Debtor Claimed Exemption | 900.00 | 0.00 | | 0.00 | FA |
| 7. SAVINGS ACCT<br>Debtor Claimed Exemption | 40.00 | 0.00 | | 0.00 | FA |
| 8. FURNITURE<br>Debtor Claimed Exemption | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. CLOTHES<br>Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 10. LIFE INS<br>Met Life Life Insurance | 3,500.00 | 0.00 | | 0.00 | FA |
| 11. IRA<br>Debtor Claimed Exemption | 19,500.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 09-36633 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | HAZNEDL, GARRY | | | Date Filed (f) or Converted (c): | 09/30/09 (f) |
| | | | | 341(a) Meeting Date: | 11/16/09 |
| | | | | Claims Bar Date: | 09/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. 1998 Mercedes Benz C -230  Debtor Claimed Exemption | 3,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 13. Travel Trailer  Debtor Claimed Exemption | 500.00 | 0.00 | DA | 0.00 | 0.00 |

TOTALS (Excluding Unknown Values)     $145,702.07     $0.00     $11,134.33     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-distribution made / FA filed w/USTR 2/24/11

-FR filed w/USTR 10-7-10, filed w/clerk 10-18-10; hearing scheduled for 11/10; fees allowed, reconsideration partially granted

Asset notice filed 6-18-10

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 12/31/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 09-36633 -ERW | | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | HAZNEDL, GARRY | | | Bank Name: | Bank of America, N.A. |
| | | | | Account Number / CD #: | *******8638  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1151 | | | | |
| For Period Ending: | 06/08/11 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/22/10 | 1 | ALLSTATE | LIQ OF LIFE INS POLICY | 1121-000 | 11,132.07 | | 11,132.07 |
| 03/31/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 11,132.13 |
| 04/30/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.27 | | 11,132.40 |
| 05/28/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.28 | | 11,132.68 |
| 06/30/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.28 | | 11,132.96 |
| 07/30/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.27 | | 11,133.23 |
| 08/31/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.29 | | 11,133.52 |
| 09/30/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.27 | | 11,133.79 |
| 10/29/10 | 2 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.28 | | 11,134.07 |
| 11/29/10 | 2 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.26 | | 11,134.33 |
| 11/29/10 | | Transfer to Acct #*******8887 | Final Posting Transfer | 9999-000 | | 11,134.33 | 0.00 |

|  |  |  | COLUMN TOTALS | | 11,134.33 | 11,134.33 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Less: Bank Transfers/CD's | | 0.00 | 11,134.33 | |
| | | | Subtotal | | 11,134.33 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 11,134.33 | 0.00 | |

Page Subtotals   11,134.33   11,134.33

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 09-36633 -ERW | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | HAZNEDL, GARRY | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******8874 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1151 | | |
| For Period Ending: | 06/08/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals 0.00 0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-36633 -ERW | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | HAZNEDL, GARRY | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******8887 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1151 | | |
| For Period Ending: | 06/08/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 11/29/10 | | Transfer from Acct #*******8638 | Transfer In From MMA Account | 9999-000 | 11,134.33 | | 11,134.33 |
| | 11/29/10 | 001001 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | Chapter 7 Compensation/Fees | 2100-000 | | 1,863.38 | 9,270.95 |
| * | 11/29/10 | 001002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Full and Final Distribution<br>(Claim#) | 3110-003 | | 4,895.13 | 4,375.82 |
| | 11/29/10 | 001003 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Full and Final Distribution<br>(Claim#) | 3120-000 | | 10.33 | 4,365.49 |
| * | 11/29/10 | 001004 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Full and Final Distribution<br>(Claim#) | 7100-003 | | 3,760.39 | 605.10 |
| * | 11/29/10 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Full and Final Distribution<br>(Claim#) | 7100-003 | | 605.10 | 0.00 |
| * | 12/23/10 | 001002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Full and Final Distribution | 3110-003 | | -4,895.13 | 4,895.13 |
| * | 12/23/10 | 001004 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Full and Final Distribution | 7100-003 | | -3,760.39 | 8,655.52 |
| * | 12/23/10 | 001005 | Chase Bank USA, N.A. | Full and Final Distribution | 7100-003 | | -605.10 | 9,260.62 |

Page Subtotals  11,134.33  1,873.71

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-36633 -ERW | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | HAZNEDL, GARRY | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******8887 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1151 | | | |
| For Period Ending: | 06/08/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/23/10 | 001006 | PO Box 15145<br>Wilmington, DE 19850-5145<br>MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Full and Final Distribution<br>(Claim#) | 3110-000 | | 5,022.63 | 4,237.99 |
| 12/23/10 | 001007 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Full and Final Distribution<br>(Claim#) | 7100-000 | | 3,650.56 | 587.43 |
| 12/23/10 | 001008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Full and Final Distribution<br>(Claim#) | 7100-000 | | 587.43 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 11,134.33 | 11,134.33 | 0.00 |
| Less: Bank Transfers/CD's | 11,134.33 | 0.00 | |
| Subtotal | 0.00 | 11,134.33 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 11,134.33 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********8638 | 11,134.33 | 0.00 | 0.00 |
| Money Market - Interest Bearing - ********8874 | 0.00 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********8887 | 0.00 | 11,134.33 | 0.00 |
| | 11,134.33 | 11,134.33 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 9,260.62

Ver: 16.02b

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |   | | |
|---|---|---|---|---|
| Case No: | 09-36633 -ERW | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | HAZNEDL, GARRY | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******8887 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1151 | | | |
| For Period Ending: | 06/08/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market - Interest Bearing - ********8638
Money Market - Interest Bearing - ********8874
Checking Account (Non-Interest Earn - ********8887

Page Subtotals        0.00        0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*